ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JUN 26 PM 12: 12

CLERK
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

MICHAEL D. HOLLOWAY,           )
                                )
    Petitioner,                  )
                                )
v.                              )    CV 105-009
                                )
MICHELLE MARTIN, Warden,        )
                                )
    Respondent.                 )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The Title 28, United States Code, Section 2254 petition is **DISMISSED**. Petitioner's motions for the appointment of counsel, an evidentiary hearing, and discovery are **DENIED**. (Doc. no. 15.)

SO ORDERED this 26 day of June, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE